**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Robert Salazar, Elia Salazar and/or All Occupants of 6327 Darby Way, Spring, Tx 77338 v. HPA Texas Sub 2016-1 LLC

Appellate case number:   01-19-00330-CV

Trial court case number:  1124430

Trial court:                   Co Civil Ct at Law No 1 of Harris County

Appellants Robert Salazar and Elia Salazar filed a notice of appeal of the trial court's March 27, 2019 final judgment in a forcible detainer proceeding. *See* TEX. PROP. CODE ANN. §§ 24.001-.011. On May 6, 2019, we denied appellants' emergency motions to stay enforcement of the trial court judgment and set the amount of the supersedeas bond at $1,000.00. On May 7, 2019, we denied appellants' emergency motion for reconsideration of the May 6, 2019 order. Appellants have filed a renewed emergency motion to vacate or stay enforcement of the trial court's March 27, 2019 eviction order based on newly discovered evidence.

We deny appellants' motion. *See* TEX. PROP. CODE ANN. § 24.007; TEX. R. APP. P. 24; *Marshall v. Hous. Auth. Of the City of San Antonio,* 198 S.W.3d 782, 786-87 (Tex. 2006).

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                 Acting individually

Date: _____September 19, 2019_____